UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE DURRELL BOOKER, SR., ) | Case No. CV 09-0259-JVS(RC) |
| Petitioner, ) | |
| vs. ) | |
| ) | JUDGMENT |
| SAN LUIS SUPERIOR COURT, ) | |
| Respondent. ) | |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

DATE: February 4, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-0259.mdo
1/16/09